CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 2 5 2015

JULIA C. DUDLEY, CLERK
BY: /s/
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

KELDRON L. CARLTON,
    Petitioner,

Civil Action No. 7:15-cv-00417

v.

ORDER

CHRISTOPHER ZYCH,
    Respondents.

By:   Hon. Michael F. Urbanski
United States District Judge

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED

that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** without prejudice and that the case is **STRICKEN** from the active docket.

ENTER: This 24th day of September, 2015.

/s/ Michael F. Urbanski
United States District Judge